IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TOMMY LOYD PRATER, JR., #1462451 | § | |
| | § | CIVIL ACTION NO. **4:09cv632** |
| VS. | | *Consolidated with* 4:09cv633, 4:09cv634, 4:09cv635, 4:09cv636, 4:09cv637, 4:09cv638, and 4:09cv639 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petitions for a writ of habeas corpus should be dismissed with prejudice.   Petitioner filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration.  Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the petitions for a writ of habeas corpus are **DENIED** and these cases are **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.  It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 26th day of March, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE